1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSE ANTONIO VACA-QUINTERO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-cr-00095 AWI |
| Plaintiff, | STIPULATION TO ADVANCE CHANGE OF PLEA AND SENTENCING HEARING; ORDER |
| v. | Date: May 7, 2012 |
| JOSE ANTONIO VACA-QUINTERO, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for May 14, 2012, **may be advanced to May 7, 2011, at 10:00 a.m.**

This reason for advancing the hearing is that neither counsel have objections to the recommendation which is in accordance with the plea agreement, though there may be requests relating to verbiage in the report. This will permit resolution and conserve time and resources for both parties and the court.

///
///
///
///

|   |                          |     |                                   |
|---|--------------------------|-----|-----------------------------------|
|   |                          |     | BENJAMIN B. WAGNER                |
|   |                          |     | United States Attorney            |
|   | DATED: April 30, 2012    | By: | /s/ Ian L. Garriques              |
|   |                          |     | IAN L. GARRIQUES                  |
|   |                          |     | Assistant United States Attorney  |
|   |                          |     | Attorney for Plaintiff            |
|   |                          |     |                                   |
|   |                          |     | DANIEL J. BRODERICK               |
|   |                          |     | Federal Defender                  |
|   | DATED: April 30, 2012    | By: | /s/ Ann H. Voris                  |
|   |                          |     | ANN H. VORIS                      |
|   |                          |     | Assistant Federal Defender        |
|   |                          |     | Attorney for Defendant            |
|   |                          |     | Jose Antonio Vaca-Quintero        |

**O R D E R**

IT IS SO ORDERED.

Dated: May 1, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE